## Case No. 8,796.

### McGILL v. SHEEHEE.

[1 Cranch, C. C. 49.] [1]

Circuit Court, District of Columbia. Jan. Term, 1802.

PLEADING AT LAW — REPLICATION WITHDRAWN — DEMURRER SUBSTITUTED.

The plaintiff, in slander, may have leave to withdraw his general replication and file a general demurrer, and the court will give the defendant leave to change his plea.

Leave was given to the plaintiff to withdraw his general replication to the defendant's special justification, and file a general demurrer. The defendant had also leave to withdraw his plea, and offer another plea by Tuesday next.

[See Case No. 8,797.]

## Case No. 8,797.

### McGILL v. SHEHEE.

[1 Cranch, C. C. 62.] [1]

Circuit Court, District of Columbia. Jan. Term, 1802.

COSTS—CONTINUANCE—ATTACHMENT.

If judgment be rendered against the defendant in a cause which has been continued at the costs

---

[1] [Reported by Hon. William Cranch, Chief Judge.]

of the defendant the court will not issue an attachment against the defendant for the costs of the continuance.

Motion for an attachment of contempt against the defendant, for not paying the costs of a former continuance, the cause having been continued, at October term, at the cost of the defendant. The cause had been tried at this term, and judgment for the plaintiff. Motion overruled.

[See Case No. 8,796.]